IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DONALD PALLETT, | |
| Plaintiff, | |
| v. | Action No. 3:09-CV-819 |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

## ORDER

This matter, a review of a denial of an application for Social Security Disability

Insurance Benefits, based on a finding by an Administrative Law Judge ("ALJ") that the

applicant, Donald Pallett, is not disabled, is before the Court on Pallett's objections (Dock.

No. 17) to the Magistrate Judge's Report and Recommendation. For the reasons stated in

the accompanying memorandum opinion, the Court finds that the ALJ applied the correct

legal standards and came to a conclusion supported by substantial evidence. Therefore,

Pallett's objections are OVERRULED and the Magistrate Judge's Report and

Recommendation (Dock. No. 16) is ADOPTED as the ruling of this Court. Also, Pallett's

Motion for Summary Judgment (Dock. No. 6) and Motion to Remand (Dock. No. 7) are

DENIED, the Commissioner of Social Security's Motion for Summary Judgment (Dock. No.

11) is GRANTED, and the Commissioner's decision denying benefits to Pallett is AFFIRMED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

```
_____/s/_____
James R. Spencer
Chief United States District Judge
```

Entered this _7th_ day of July 2010